# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **SERENA JOSEPH,** | ) |
| Petitioner, | ) |
| v. | ) Case No. 7:25-cv-00622-RDP-NAD |
| **WARDEN BROTON,** | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

On January 8, 2026, the Magistrate Judge entered a Report and Recommendation recommending that the court dismiss this petition for habeas relief as moot because Petitioner Serena Joseph had received the relief she sought in her petition, that being placement in prerelease custody. (Doc. 14). The Magistrate Judge advised the parties of their right to file objections to the Report and Recommendation within fourteen days (Doc. 14 at 5-6), and on January 21, 2026, the court received Petitioner's timely objections. (Doc. 15).

Petitioner does not object to any of the findings of fact or conclusions of law set forth in the Report and Recommendation. Petitioner agrees that her habeas petition is moot, and that she cannot receive monetary damages through a habeas action. (Doc. 15 at 1-2). However, she seeks to (1) preserve her claim for damages that "over-detention" constitutes a constitutional injury, and (2) avoid any legal determination that the Bureau of Prisons properly applied her time credits. (Doc. 15 at 1-3). Petitioner is **ADVISED** that, because mootness is jurisdictional, the court has considered only whether her habeas petition was rendered moot by her release to prerelease custody. The court does not reach the underlying merits on any of Petitioner's substantive claims.

2

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, and Petitioner's objections, the court **ADOPTS** the Magistrate Judge's findings and **ACCEPTS** the recommendation. Accordingly, this petition for writ of habeas corpus is due to be dismissed without prejudice as moot.

A separate Final Judgment will be entered.

**DONE** and **ORDERED** this January 23, 2026.

**R. DAVID PROCTOR**
SENIOR U.S. DISTRICT JUDGE